**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

IN RE

AMERICORE HOLDINGS, LLC[1]

DEBTOR(S)

CASE NO. 19-61608
JOINTLY ADMINISTERED

CAROL FOX, Chapter 11 Trustee of Americore Health LLC

V.

JAMES BIDEN

PLAINTIFF(S)

ADV. NO. 22-6032

DEFENDANT(S)

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file electronically a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney, Gary M. Freeman and Frank P. Terzo. (The attorney should receive notice automatically when the motion or answer is filed electronically.)

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THE SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: July 8, 2022



Nathan W. Lee, Clerk
US Bankruptcy Court

By: /s/Alisa Feck
Deputy Clerk

The affixing of this Court's electronic seal above is proof this document has been entered by the Clerk in the official record of this case.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| IN RE | |
| AMERICORE HOLDINGS, LLC[1] | CASE NO. 19-61608 |
| DEBTOR(S) | JOINTLY ADMINISTERED |
| CAROL FOX, Chapter 11 Trustee of Americore Health, LLC | PLAINTIFF(S) |
| V. | ADV. NO. 22-6032 |
| JAMES BIDEN | DEFENDANT(S) |

**CERTIFICATE OF SERVICE**

I, __Francis Santelices__ (name), certify that service of this summons and a copy of the complaint was made __7/8/2022__ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

James Biden
26040 Goose Neck RD
Royal Oak, MD  21662-1450

*and Certified Mail, Return Receipt Requested

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date  7/8/2022      Signature  _____

Print Name:       Francis Santelices, Paralegal

Business Address:   Nelson Mullins Riley & Scarborough, LLP

2 South Biscayne Blvd, 21st Floor

Miami, FL  33131

**Note:** Upon service, this certificate should be completed and filed with the Court. If filing electronically, the appropriate event for filing is Summons Service Executed on the Adversary Complaint & Summons menu.