UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| IN RE:<br><br>AMERICORE HOLDINGS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br>Jointly administered<br>Case No. 19-61608 |
| CAROL FOX, CHAPTER 11 TRUSTEE OF AMERICORE HEALTH, LLC<br><br>Plaintiff,<br><br>v.<br><br>JAMES BIDEN,<br><br>Defendant. | Adversary No. 22-6032-grs |

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, Carol Fox, Chapter 11 Trustee of Americore Health, LLC, through counsel, pursuant to Local Rule 9019-1(b) of the United States Bankruptcy Court for the Eastern District of Kentucky, submits this Notice of Pending Settlement and states that: (1) the parties have reached a settlement regarding this case; and (2) a *Motion (I) to Approve Compromise and Settlement of Adversary Against James Biden and (II) to Permit Payment of Contingency Fee to Nelson Mullins* [Main Case – ECF No. 1610] has been filed contemporaneously herewith.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

Dated: September 23, 2022

Respectfully submitted,

*/s/ Gary M. Freedman*
Gary M. Freedman
Florida Bar No.: 727260
gary.freedman@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
Telephone: 305.373.9449
Facsimile: 305-995-6393

and

Frank P. Terzo
Florida Bar No. 906263
frank.terzo@nelsonmullins.com
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394
Telephone: (954) 764-7060
Facsimile: (954) 761-8135

*Attorneys for Plaintiff/Trustee*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via transmission of Notices of Electronic Filing on all counsel of record or *pro se* parties identified on the CM/ECF service list maintained by the Court on September 23, 2022.

*/s/ Gary M. Freedman*
Gary M. Freedman

2