**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

**IN RE**

**AMERICORE HOLDING, LLC**                                    **CASE NO. 19-61608**

**DEBTOR(S)**

**CAROL FOX, CHAPTER 11 TRUSTEE**                       **PLAINTIFF(S)**
**OF AMERICORE HEALTH, LLC**

**V.**                                                        **ADV. NO. 22-6032**

**JAMES BIDEN**                                              **DEFENDANT(S)**

**ORDER**

An order having been entered approving a compromise [Main Case ECF No. 1662],

It is ORDERED:

(1)      The Second Amended Order for Trial [ECF No. 16] is VACATED, and the trial

scheduled for February 7, 2023 is STRICKEN;

(2)      Within 120 days from the date of this Order, the parties shall take action to

dismiss the adversary proceeding.

(3)      If the deadline in paragraph (2) is not satisfied, or a status report explaining any

delay is not filed, within the time allowed, the parties may be ordered to show cause why

monetary or other sanctions and dismissal for lack of prosecution are not justified.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, October 20, 2022**
**(tnw)**