UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| IN RE:<br><br>AMERICORE HOLDINGS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br>Jointly administered<br>Case No. 19-61608 |
| CAROL FOX, CHAPTER 11 TRUSTEE OF AMERICORE HEALTH, LLC<br><br>Plaintiff,<br><br>v.<br><br>JAMES BIDEN,<br><br>Defendant. | Adversary No. 22-6032-grs |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Carol Fox, Chapter 11 Trustee of Americore Health, LLC, through counsel, files this notice of voluntarily dismissal with prejudice pursuant to Fed.R.Bankr.P. 7041, with each party to bear their own attorneys' fees and costs and the Court to retain jurisdiction to enforce the terms of the Settlement Agreement, pursuant to the terms of the Settlement Agreement entered into by the parties thereto and as approved by the Court [*see* Main Case – ECF Nos. 1610 and 1662].

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

Dated: October 20, 2022

Respectfully submitted,

*/s/ Gary M. Freedman*
Gary M. Freedman
Florida Bar No.: 727260
gary.freedman@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
Telephone: 305.373.9449
Facsimile: 305-995-6393

and

Frank P. Terzo
Florida Bar No. 906263
frank.terzo@nelsonmullins.com
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394
Telephone: (954) 764-7060
Facsimile: (954) 761-8135

*Attorneys for Plaintiff/Trustee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via transmission of Notices of Electronic Filing on all counsel of record or *pro se* parties identified on the CM/ECF service list maintained by the Court on October 20, 2022.

*/s/ Gary M. Freedman*
Gary M. Freedman